AO 240A (1/94)

# United States District Court

DISTRICT OF MINNESOTA

MICHAEL GREGORY BROMWICH,
~~Plaintiff~~ Petitioner

V.

DAVINA ANNE WINDELBURN,
~~Defendant~~ Respondent

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: 01-CV-658 (PAM/JGL)

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

[X] GRANTED.

[ ] The clerk is directed to file the complaint.

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTER this 18TH day of APRIL, 2001.

Signature of Judicial Officer

JONATHAN G. LEBEDOFF
United States Magistrate Judge

Name and Title of Judicial Officer

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 19 2001
DEPUTY CLERK