ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Civil No. 01-658 PAM/JGL

---

**In Re the Application for Return of:**
**Tyler Ryan Turner**

Michael Gregory Bromwich,

Petitioner,

v.

**ORDER TO SHOW CAUSE**

Davina Anne Windelburn,

Respondent.

---

The above-entitled matter came before the undersigned on the 24th day of April 2001, pursuant to the *ex parte* request by petitioner for an expedited hearing on his Petition for Return of Child to Petitioner Under the Hague Convention.

Petitioner is represented by counsel, Elizabeth B. Bowling, Esq., of the law firm of Elizabeth B. Bowling, PLLC, 300 Lumber Exchange, 10 South 5th Street, Minneapolis, Minnesota 55402.

The Court finds that it has jurisdiction over this matter under The Convention on the Civil Aspects of International Child Abduction, done at the Hague on 25 October 1980 and the International Child Abduction Remedies Act, 42 U.S.C. § 11603(a)(1988); that this Petition for Return of Child to Petitioner Under the Hague Convention is properly before this Court; that petitioner has shown good cause not to give prior notice of his request for an Order to Show Cause; and that there is a need for an expedited hearing on this matter.

Based upon said findings:

**IT IS HEREBY ORDERED** that you, Davina Anne Windelburn, the above-named respondent, shall personally appear and show cause, if any you have, before the Honorable Paul A. Magnuson, Judge of United States District Court, in Room #1 of the Federal Building, Seventh Floor, 316 N. Robert St., in the City of St. Paul, State of Minnesota, on the 3rd day of May, 2001, at

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

10:00 A.M. , or as soon thereafter as counsel may be heard, why the Court should not grant the Petition for Return of Child Under the Hague Convention.

Notice is given to you pursuant to 42 U.S.C. § 11603(c) and, by reference therein, to the applicable state rules contained in Minn. Stat. § 518D.205 and Minn. R. Gen. Prac. 303.03.

**IT IS FURTHER ORDERED** that when you appear for said hearing, you shall appear **with the child**, Tyler Ryan Turner.

**IT IS FURTHER ORDERED** that pursuant to 42 U.S.C. § 11604, you shall immediately deliver your passport and the passport of Tyler Ryan Turner to the process server, who shall deposit the passport with the Court pending the hearing.

**IT IS FURTHER ORDERED** that pursuant to 42 U.S.C. § 11604, as a condition of your continued temporary care of Tyler Tyan Turner pending the hearing: you shall not remove Tyler Ryan Turner from the State of Minnesota; you shall not change his temporary residence; you shall promptly notify petitioner's counsel of that temporary residence address and telephone number, the child's school, and your employer's address, if any; you shall facilitate telephone contact between Tyler Ryan Turner and petitioner; and you shall promptly notify petitioner's counsel of your attorney's contact information, if you are represented by counsel.

**IT IS FURTHER ORDERED** that the United States Marshall, deputy, or agent thereof shall serve the following documents on Davina Anne Windelburn:

(1) Order to Show Cause;
(2) Notice of Petition for Return of Child to Petitioner Under the Hague Convention;
(3) Petition for Return of Child to Petitioner Under the Hague Convention with Appendix.

Let this Order to Show Cause and the accompanying documents in support of petitioner's Petition be served upon the respondent by delivering to her a copy hereof, and of the accompanying documents, and by exhibiting to her the signature of the undersigned on the original herein.

Dated: April 25, 2001.

BY THE COURT:

Paul A. Magnuson

Judge of United States District Court